In the United States District Court

for the ___Central___ District of ___California___

FILED
CLERK, U.S. DISTRICT COURT

3/13/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: ___MMC___ DEPUTY

United States of America

v.

___NOAH MICHAEL URBAN___

} Criminal No. 2:24-CR-595-JWH-2

Consent to Transfer of Case

for Plea and Sentence

(Under Rule 20)

I, ___NOAH MICHAEL URBAN___, defendant, have been informed that a ___indictment___ (indictment, information, complaint) is pending against me in the above designated cause. I wish to plead ___guilty___ (guilty, nolo contendre) to the offense charged, to consent to the disposition of the case in the ___Middle___ District of ___Florida___ in which I ___am charged___ (am under arrest, am held) and to waive trial in the above captioned District.

Dated: ___2/24/2025___, _____ at ___10:00 AM___

___[signature]___
(Defendant)

___[signature]___
(Witness)

___Kathryn E Sheldon___
(Counsel for Defendant)

Approved

___[signature]___                           ___Aca C A___     3/11/25
United States Attorney for the              United States Attorney for the

___Central___ District of                   ___Middle___ District of

___California___                            ___Florida___

FORM USA-153
SEP 82