UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**UNITED STATES OF AMERICA**

-vs-                                                                        Case No.: 3:25-cr-70-HES-PDB

**NOAH MICHAEL URBAN**                                Defense Atty: Kathryn Sheldon, Esq.
                                                                       AUSA: John Cannizzaro, Esq.

| JUDGE | Samuel J. Horovitz<br>U. S. Magistrate Judge | DATE AND TIME | 4/4/2025<br>10:23 a.m. – 11:25 a.m. |
|---|---|---|---|
| DEPUTY CLERK | Barbara Rothermel | TAPE/REPORTER | Digital |
| INTERPRETER | None present | PRETRIAL/PROBATION | Kimberly Barrett |

CLERK'S MINUTES

**PROCEEDINGS:**          INITIAL APPEARANCE/PLEA

Defendant is present with Kathryn Sheldon, Esq., who was appointed previously in case 3:23-cr-180-HES-SJH.

Defendant requested court appointed counsel. Defendant placed under oath and questioned regarding his financial affidavit.   The Court finds Defendant unable to afford counsel and appoints the Federal Public Defender.   **Order to enter**.

Defendant was advised of rights and charges.

Court advises Defendant of Rule 20 rights.

Defense counsel advised the Court that Defendant desires to waive his right to a detention hearing.

Defendant questioned regarding waiving his detention hearing.

Court finds Defendant knowingly, intelligently, voluntarily and freely waived his right to a detention hearing.

Government's oral motion for detention is **GRANTED**.

**Order of Detention Pending Trial to enter.**

**PLEA:**

Government has compiled with Victims' Rights Statute.

Defendant consents to Magistrate Judge taking his plea.

Defendant enters plea of guilty to Count One of the Indictment.

Court finds Defendant alert, intelligent and willingly entered plea of guilty.

The parties waive the 14-day objection period to the Report and Recommendation.

**Report and Recommendation to enter.**

Sentencing will be scheduled by the District Court Judge.

As required by Rule 5(f), the United States is ordered to produce all exculpatory evidence to the Defendant pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny.   Not doing so in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges and contempt proceedings.

**FILED IN OPEN COURT:**
    **CJA 23 Financial Affidavit**
    **Notice Regarding Entry of Plea**
    **Plea Agreement**