UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

**DATE:** September 9, 2025

**TO:** Clerk, U.S. Court of Appeals for the Eleventh Circuit

**USA,**

    Plaintiff,

v.                                                                        Case No: 3:25-cr-00070-HES-PDB-1

**Noah Michael Urban**
    **Defendant.**

**U.S.C.A. Case No:**            unknown

Enclosed are documents and information relating to an appeal in the above-referenced action. Please acknowledge receipt on the enclosed copy of this letter.

- Honorable **Harvey E. Schlesinger**, United States District Judge appealed from.

- Appeal filing fee was not paid. Upon filing a notice of appeal, the appellant must pay the district clerk all required fees. The district clerk receives the appellate docket fee on behalf of the court of appeals. If you are filing informa pauperis, a request for leave to appeal in forma pauperis needs to be filed with the district court.

- Certified copy of Notice of Appeal, docket entries, judgment and/or Order appealed from. Opinion was not entered orally.

- Court Reporters: 4/4/2025 – Digital; 8/20/2025 – Shelli Kozachenko

                                        ELIZABETH M. WARREN, CLERK

                                        By:   s/M.Bowman, Deputy Clerk

APPEAL,CLOSED,CUSTODY,PLED,SL DOC

# U.S. District Court
# Middle District of Florida (Jacksonville)
# CRIMINAL DOCKET FOR CASE #: 3:25−cr−00070−HES−PDB−1

| | |
|---|---|
| Case title: USA v. Urban | Date Filed: 03/20/2025 |
| Other court case number: 2:24−cr−595−JWH Central District of California | Date Terminated: 08/25/2025 |

Assigned to: Senior Judge Harvey E. Schlesinger
Referred to: Magistrate Judge Patricia D. Barksdale

**Defendant (1)**

**Noah Michael Urban**　　represented by　**Kathryn E Sheldon**
*TERMINATED: 08/25/2025*　　　　　　　　　　Federal Defender's Office
also known as　　　　　　　　　　　　　　　　Jacksonville
Sosa　　　　　　　　　　　　　　　　　　　　200 W. Forsyth St.
*TERMINATED: 08/25/2025*　　　　　　　　　　Ste 1240
also known as　　　　　　　　　　　　　　　　Jacksonville, FL 32202
Elijah　　　　　　　　　　　　　　　　　　　904−232−3039
*TERMINATED: 08/25/2025*　　　　　　　　　　Fax: 904−232−1937
　　　　　　　　　　　　　　　　　　　　　　Email: kathryn_sheldon@fd.org
　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*
　　　　　　　　　　　　　　　　　　　　　　*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**　　　　　　　　　　　　　**Disposition**

18:1349.F ATTEMPT AND                         Imprisonment: 120 MONTHS. This term consists
CONSPIRACY TO COMMIT                          of a 96−month term as to Counts 1 and 9 in Docket
MAIL FRAUD                                    No. 3:23−cr−180−HES−SJH and Count 1 in
(1)                                           Docket No. 3:25−cr−70−HES−PDB, all such terms
                                              to run concurrently, and a 24−month term as to
                                              Count 14 in Docket No. 3:23−cr−180−HES−SJH,
                                              to run consecutively to all other counts; Supervised
                                              Release: 3 YEARS. This term consists of a 3−year
                                              term as to Counts One (1) and Nine (9) in Docket
                                              No. 3:23−cr−180−HES−SJH and Count One (1) in
                                              Docket No. 3:25−cr−70−HES−PDB and a 1−year
                                              term as to Count Fourteen (14) in Docket No.
                                              3:25−cr−07−HES−PDB, all such terms to run
                                              concurrently; Special Assessment: $400.00;
                                              Restitution: $13,416,275.00

**Highest Offense Level (Opening)**

Felony

**Terminated Counts** | **Disposition**

18:371.F CONSPIRACY TO DEFRAUD THE UNITED STATES
(2)

Dismissed pursuant to the Plea Agreement and on the government's motion.

18:1028A.F FRAUD WITH IDENTIFICATION DOCUMENTS
(3)

Dismissed pursuant to the Plea Agreement and on the government's motion.

**Highest Offense Level (Terminated)**

Felony

**Complaints** | **Disposition**

None

**Plaintiff**

**USA**     represented by     **John Cannizzaro**
DOJ–USAO
Middle District of Florida
300 N. Hogan Street
Suite 700
Jacksonville, FL 32202–4270
904–301–6318
Email: john.cannizzaro@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/20/2025 | 1 | CONSENT TO TRANSFER JURISDICTION (Rule 20) from Central District of California by Noah Michael Urban. (Attachments: # 1 Indictment, # 2 Docket Sheet)(MDC) (Entered: 03/20/2025) |
| 03/20/2025 | 2 | NOTICE OF ATTORNEY APPEARANCE John Cannizzaro appearing for USA. (Cannizzaro, John) (Entered: 03/20/2025) |
| 03/20/2025 | 3 | NOTICE of a related case per Local Rule 1.07(c) as to Noah Michael Urban by USA. Related case(s): Yes (Cannizzaro, John) (Entered: 03/20/2025) |
| 03/20/2025 | 4 | **ORDER reassigning this case to the Honorable Harvey E. Schlesigner for all further proceedings as to Noah Michael Urban. Signed by Judge Marcia Morales Howard on 3/20/2025.** (JW) (Entered: 03/20/2025) |
| 03/20/2025 | 5 | |

| | | |
|---|---|---|
| | | Case as to Noah Michael Urban Reassigned to Senior Judge Harvey E. Schlesinger. New case number: 3:25–cr–70–HES–PDB. Judge Marcia Morales Howard no longer assigned to the case. (MDC) (Entered: 03/20/2025) |
| 03/27/2025 | 6 | NOTICE OF HEARING as to Noah Michael Urban: Initial Appearance/Guilty Plea Hearing set for 4/4/2025 at 10:00 AM in Jacksonville Courtroom 5 A before Magistrate Judge Samuel J. Horovitz. (BGR) (Entered: 03/27/2025) |
| 03/28/2025 | 7 | **ORDER entered allowing any member of the press to enter the courthouse with a laptop computer (but not cell phone) to attend the initial appearance and change of plea hearing as to Noah Michael Urban. See Order for details. Signed by Magistrate Judge Samuel J. Horovitz on 3/28/2025. (BGR)** (Entered: 03/28/2025) |
| 04/04/2025 | 8 | Minute Entry for In Person proceedings held before Magistrate Judge Samuel J. Horovitz: Initial Appearance as to Noah Michael Urban held on 4/4/2025, GUILTY PLEA HEARING as to Noah Michael Urban held on 4/4/2025. (Digital) (BGR) (Entered: 04/04/2025) |
| 04/04/2025 | 9 | ORAL MOTION to Appoint Counsel by Noah Michael Urban. (BGR) Motions referred to Magistrate Judge Patricia D. Barksdale. (Entered: 04/04/2025) |
| 04/04/2025 | 10 | ORAL MOTION for Detention by USA as to Noah Michael Urban. (BGR) (Entered: 04/04/2025) |
| 04/04/2025 | 11 | ***CJA 23 Financial Affidavit by Noah Michael Urban. (BGR) (Entered: 04/04/2025) |
| 04/04/2025 | 12 | **ORDER APPOINTING FEDERAL PUBLIC DEFENDER (granting 9 Oral Motion to Appoint Counsel) as to Noah Michael Urban (1). Signed by Magistrate Judge Samuel J. Horovitz on 4/4/2025. (BGR)** (Entered: 04/04/2025) |
| 04/04/2025 | 13 | **ORDER OF DETENTION PENDING TRIAL (granting 10 Oral Motion for Detention) as to Noah Michael Urban (1). Signed by Magistrate Judge Samuel J. Horovitz on 4/4/2025. (BGR)** (Entered: 04/04/2025) |
| 04/04/2025 | 14 | CONSENT regarding entry of a plea of guilty as to Noah Michael Urban (Filed in Open Court) (BGR) (Entered: 04/04/2025) |
| 04/04/2025 | 15 | PLEA AGREEMENT re: Count One of the Indictment as to Noah Michael Urban (Filed in Open Court) (BGR) (Entered: 04/04/2025) |
| 04/04/2025 | 16 | **REPORT AND RECOMMENDATIONS Concerning Plea of Guilty re: Count One of the Indictment as to Noah Michael Urban. Signed by Magistrate Judge Samuel J. Horovitz on 4/4/2025. (BGR)** (Entered: 04/04/2025) |
| 04/08/2025 | 18 | ACCEPTANCE OF PLEA of guilty and adjudication of guilt re: count(s) One of the Indictment as to Noah Michael Urban. Signed by Senior Judge Harvey E. Schlesinger on 4/7/2025.(Sentencing set for 8/20/2025 at 10:00AM in Jacksonville Courtroom 10 C before Senior Judge Harvey E. Schlesinger.) (TPL) (Entered: 04/08/2025) |
| 08/08/2025 | 22 | Unopposed MOTION for Miscellaneous Relief, specifically Exceed Page Limit for Sentencing Memorandum by Noah Michael Urban. (Sheldon, Kathryn) (Entered: 08/08/2025) |
| 08/08/2025 | 23 | **ENDORSED ORDER granting 22 Defendant's Unopposed Motion to Exceed Page Limit. Defendant may file a sentencing memorandum not to exceed 31 pages, excluding exhibits. Signed by Magistrate Judge Samuel J. Horovitz on 8/8/2025. (BGR)** (Entered: 08/08/2025) |

| | | |
|---|---|---|
| 08/11/2025 | 25 | **ORDER granting in part and denying in part 24 Defendant's Motion for Leave to File Under Seal. See Order for details. Signed by Magistrate Judge Samuel J. Horovitz on 8/11/2025. (BGR)** (Entered: 08/11/2025) |
| 08/13/2025 | 27 | **ORDER allowing members of the press to bring a laptop computer and/or tablet into the courthouse for the sentencing hearing set for 8/20/2025 at 10:00 a.m.; SEE ORDER FOR ADDITIONAL DETAILS. Signed by Senior Judge Harvey E. Schlesinger on 8/13/2025. (TPL)** (Entered: 08/13/2025) |
| 08/20/2025 | 29 | Minute Entry for In Person proceedings held before Senior Judge Harvey E. Schlesinger: SENTENCING held on 8/25/2025 for Noah Michael Urban, Counts 1, Imprisonment: 120 MONTHS. This term consists of a 96–month term as to Counts 1 and 9 in Docket No. 3:23–cr–180–HES–SJH and Count 1 in Docket No. 3:25–cr–70–HES–PDB, all such terms to run concurrently, and a 24–month term as to Count 14 in Docket No. 3:23–cr–180–HES–SJH, to run consecutively to all other counts; Supervised Release: 3 YEARS. This term consists of a 3–year term as to Counts One (1) and Nine (9) in Docket No. 3:23–cr–180–HES–SJH and Count One (1) in Docket No. 3:25–cr–70–HES–PDB and a 1–year term as to Count Fourteen (14) in Docket No. 3:25–cr–07–HES–PDB, all such terms to run concurrently; Special Assessment: $400.00; Restitution: $13,416,275.00; Counts 2, 3, Dismissed pursuant to the Plea Agreement and on the government's motion.. Court Reporter: Shelli Kozachenko (TPL) (Entered: 08/25/2025) |
| 08/22/2025 | 28 | TRANSCRIPT of Sentencing as to Noah Michael Urban held on 8/20/25 before Judge Harvey E. Schlesinger. Court Reporter/Transcriber: Shelli Kozachenko. Email address: shellikoz@gmail.com. Telephone number: 904.301.6842.<br><br>NOTICE TO THE PARTIES – The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such notice is filed, the transcript may be made remotely available to the public without redaction after ninety (90) calendar days. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER or purchased through the Court Reporter. Redaction Request due 9/12/2025. Redacted Transcript Deadline set for 9/22/2025. Release of Transcript Restriction set for 11/20/2025. (SMK) (Entered: 08/22/2025) |
| 08/25/2025 | 30 | **JUDGMENT as to Noah Michael Urban, Counts 1, Imprisonment: 120 MONTHS. This term consists of a 96–month term as to Counts 1 and 9 in Docket No. 3:23–cr–180–HES–SJH and Count 1 in Docket No. 3:25–cr–70–HES–PDB, all such terms to run concurrently, and a 24–month term as to Count 14 in Docket No. 3:23–cr–180–HES–SJH, to run consecutively to all other counts; Supervised Release: 3 YEARS. This term consists of a 3–year term as to Counts One (1) and Nine (9) in Docket No. 3:23–cr–180–HES–SJH and Count One (1) in Docket No. 3:25–cr–70–HES–PDB and a 1–year term as to Count Fourteen (14) in Docket No. 3:25–cr–07–HES–PDB, all such terms to run concurrently; Special Assessment: $400.00; Restitution: $13,416,275.00; Count 2, 3, Dismissed pursuant to the Plea Agreement and on the government's motion. Signed by Senior Judge Harvey E. Schlesinger on 8/22/2025. (TPL)** (Additional attachment(s) added on 8/25/2025: # 1 Restitution Chart) (TPL). (Entered: 08/25/2025) |
| 08/25/2025 | 32 | NOTICE *of Filing Redacted Sentencing Memorandum and Exhibits* by Noah Michael Urban re 25 Sealed Order on Motion to Seal. (Attachments: # 1 Exhibits)(Sheldon, |

|            |    | Kathryn) (Entered: 08/25/2025)                                                                                                           |
|------------|----|------------------------------------------------------------------------------------------------------------------------------------------|
| 09/08/2025 | 33 | NOTICE OF APPEAL by Noah Michael Urban re 30 Judgment. Filing fee not paid (Sheldon, Kathryn) (Entered: 09/08/2025) |

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case Number: 3:25-cr-70-HES-PDB |
| v | USM Number: 94053-510 |
| NOAH MICHAEL URBAN | Kathryn Sheldon, FPD<br>200 W. Forsyth St, Suite 1240<br>Jacksonville, FL 32202 |

## JUDGMENT IN A CRIMINAL CASE

The defendant pleaded guilty to Counts One of the Indictment. The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. §§ 1349 and 1343 | Conspiracy to Commit Wire Fraud | April 2023 | One |

The defendant is sentenced as provided in pages 2 through 7 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Counts Two (2) and Three (3) of the Indictment are dismissed pursuant to the Plea Agreement and on the government's motion.

**IT IS ORDERED** that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence:

August 20, 2025

_____
HARVEY E. SCHLESINGER
SENIOR UNITED STATES DISTRICT JUDGE

August 22, 2025

AO245B (Rev. 09/19) Judgment in a Criminal Case

Noah Michael Urban
3:25-cr-70-HES-PDB

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of **ONE HUNDRED TWENTY (120) MONTHS. This term consists of a 96-month term as to Counts 1 and 9 in Docket No. 3:23-cr-180-HES-SJH and Count 1 in Docket No. 3:25-cr-70-HES-PDB, all such terms to run concurrently, and a 24-month term as to Count 14 in Docket No. 3:23-cr-180-HES-SJH, to run consecutively to all other counts.**

The Court makes the following recommendations to the Bureau of Prisons:
- Incarcerated at FCI Coleman.
- Participate in mental health treatment, specifically gambling therapy

It is further ordered that the defendant is hereby remanded to the custody of the United States Marshal to await designation by the Bureau of Prisons.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
Deputy United States Marshal

AO245B (Rev. 09/19) Judgment in a Criminal Case

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of **THREE (3) YEARS. This term consists of a 3-year term as to Counts One (1) and Nine (9) in Docket No. 3:23-cr-180-HES-SJH and Count One (1) in Docket No. 3:25-cr-70-HES-PDB and a 1-year term as to Count Fourteen (14) in Docket No. 3:23-cr-180-HES-SJH, all such terms to run concurrently**

## MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
    - **The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse.**
4. You must cooperate in the collection of DNA as directed by the probation officer.

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

Noah Michael Urban
3:25-cr-70-HES-PDB

# STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so.  If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity.  If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchucks or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction.  The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature:_____     Date:_____

AO245B (Rev. 09/19) Judgment in a Criminal Case

9

Noah Michael Urban
3:25-cr-70-HES-PDB

## ADDITIONAL CONDITIONS OF SUPERVISED RELEASE

1. You shall submit to a search of your person, residence, place of business, any storage units under your control, computer, or vehicle, conducted by the United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. You shall inform any other residents that the premises may be subject to a search pursuant to this condition. Failure to submit to a search may be grounds for revocation.

2. You shall be prohibited from incurring new credit charges, opening additional lines of credit, or obligating yourself for any major purchases without approval of the probation officer.

3. You shall provide the probation officer access to any requested financial information

## CRIMINAL MONETARY PENALTIES

The defendant must pay the following total criminal monetary penalties under the schedule of payments set forth in the Schedule of Payments.

|  | Assessment | AVAA Assessment[1] | JVTA Assessment[2] | Fine | Restitution |
|---|---|---|---|---|---|
| TOTALS | $400.00 | $0.00 | $0.00 | $0.00 | $13,416,275.00 |

The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i) all nonfederal victims must be paid in full prior to the United States receiving payment.

| Name of Payee | Total Loss[3] | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| SEE ATTACHMENT[4] | | | |
| Totals: | $13,416,275.00 | $13,416,275.00 | |

☒ The Court determined that the defendant does not have the ability to pay interest, and it is ordered that:

    ☒ the interest requirement is waived for the restitution.

## SCHEDULE OF PAYMENTS

The Special Assessment in the amount of **$200.00** is due in full and immediately.

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

You shall pay restitution in the total amount of $13,416,275 (See Attached). This restitution obligation shall be payable to the Clerk, U.S. District Court, for distribution to the victims. While in Bureau of Prisons custody, you shall either (1) pay at least $25 quarterly if you have a non-Unicor job or (2) pay at least 50% of your monthly earnings if you have a Unicor job. Upon release from custody, you shall pay restitution at the rate of $100 per month. At any time during the course of post-release supervision, the victim, the government, or the defendant, may notify the Court of a material change in the defendant's ability to pay, and the Court may adjust the payment schedule accordingly. The Court finds that the defendant does not have the ability to pay interest and the Court waives the interest requirement for the restitution.

Unless the court has expressly ordered otherwise, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

_____

[1] Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
[2] Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
[3] Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.
[4] Victim 1 through Victim 29 shall be paid in Docket No. 3:23-cr-180-HES-SJH. Victim "individual 2" through Victim "individual 31" shall be paid in Docket No. 3:25-cr-70-HES-PDB.
AO245B (Rev. 09/19) Judgment in a Criminal Case

# FORFEITURE

It is further ordered that you shall forfeit to the United States the following assets: 1,306,285.53 Dai (DAI) seized from the wallet ending in 38D1f9a, 800.483 Ethereum (ETH) seized from the wallet ending in 38D1f9a, 43.5175994 Monero (XMR) seized from the wallet ending in 12rT5sN, 9.0215721 Ethereum (ETH) seized from the wallet ending in b223Cdf, 0.0232488 Bitcoin (BTC) seized from the wallet ending in hamtguw, 8,998.10 Dai (DAI) seized from the wallet ending in 8A55De3, 1.120291 Ethereum (ETH) seized from the wallet ending in 8A55De3, 936.31358 Monero (XMR) seized from the wallet ending in 9CU4qG8, .085362 Bitcoin (BTC) seized from the wallet ending in 69mzhmz, 56,121.298 Ripple (XRP) seized from the wallet ending in yswM6ew, $27,702 in U.S. currency seized from the residence at 1 Edge Lane, Palm Coast, Florida, miscellaneous jewelry, and six watches.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.

United States v. Noah Urban
Case Nos: 3:23-cr-180-HES-SJH and 3:25-cr-70-HES-PDB
Victim & Restitution List

| Victim No. | Name (Full Name) | Current Address | Restitution Amount |
|---|---|---|---|
| 1 | Michael Gurney | 2714 N. Prestwick Way, Lecanto, FL 34461 | $ 287,603.00 |
| 2 | Gary Martinovsky | 711 43rd Avenue, San Francisco, CA 94805 | $ 21,952.00 |
| 3 | John Hayward | 303 West Lancaster Avenue, Suite 111, Wayne, PA 19087 | $ 37,742.00 |
| 4 | Sebastian Maarraoui | 4 Beebe Lane, Houston, TX 77024 | $ 106,075.00 |
| 5 | Charles Ray | 4413 Vista Ridge Circle, Fort Worth, TX 76179 | $ 367,349.00 |
| 6 | Zachary Holder | 2634 Union Valley Road, Chelan, WA 98816 | $ 3,448.00 |
| 7 | Steven Abbondanza | 167 Hot Water Street, Manorville, NY 11949 | $ 9,038.00 |
| 8 | Scott Crooker | 21144 Suffolk Street, Clinton Township, MI 48035 | $ 3,443.00 |
| 9 | Kris Jarecki | 7511 Terry Drive, Lavista, NE | $ 8,899.00 |
| 10 | George Tiglianidis | 299 Central Avenue, Dedham, MA | $ 10,686.00 |
| 11 | Lorenzo Antonelli | 176 Borinquen Place, Apt. 21, Brooklyn, NY 11211 | $ 9,794.00 |
| 12 | Austin D. Hsu | 1823 Minor Avenue, Apt. 3610, Seattle, WA 98101 | $ 12,494.00 |
| 13 | Daniel Amoako | 12 Debs Place, Apt. 8F, Bronx, NY 10475 | $ 99,423.00 |
| 14 | Roger Kuo | 2160 Century Park East, Los Angeles, CA 90067 | $ 7,373.00 |
| 15 | Larry Zeng | 6019 W. Avenue K9, Lancaster, CA 93536 | $ 80,539.00 |
| 16 | Joe Woodward Stevenson | 1615 Baker Street, San Francisco, CA 94115 | $ 32,435.00 |
| 17 | Sernlouang Saeteurn | 2802 S. 285th Place, Federal Way, WA 98003 | $ 30,981.00 |
| 18 | Emiliano Gallegos | 3709 Louisburg Avenue, Modesto, CA 95357 | $ 19,367.00 |
| 19 | Darrell Johnson | 4972 8th Avenue, Duluth, MN 55803 | $ 326,431.00 |
| 20 | Gerald Hanley | 17417 Shed Church Road, Marion, IL 62959 | $ 52,293.00 |
| 21 | Scott Tidwell | 3240 SE Poinciana Avenue, Apt. 206, Stuart, FL 34997 | $ 102,615.00 |
| 22 | Bryan Dye | 6412 Indian Hills Road, Edina, MN 55439 | $ 453,431.00 |

| | | | | |
|---|---|---|---|---:|
| 23 | Bruce Malcolm | 240 Sawmill Run Road<br>Bulter, PA 16001- Primary<br><br>10 Homestead Road<br>Sedona, AR 86336 | $ | 150,000.00 |
| 24 | John F. Pazera | 3125 E. Escoba Drive<br>Apt. 271<br>Palm Springs, CA 92264 | $ | 84,246.00 |
| 25 | Larry McFall | 4400 Amy Road<br>Reno, NV 89510 | $ | 520,000.00 |
| 26 | Robert W. Bailey | 549 Baldridge Drive<br>Henderson, NV 89014 | $ | 15,333.00 |
| 27 | Nicole Asprocolas | 207 NE 109th Ave.<br>Portland, OR 97220 | $ | 517,177.00 |
| 28 | Robert Kaufmann | 345 Purdy Hill Road<br>Monroe, CT 06468 | $ | 37,041.00 |
| 29 | Patrick C. Lee | 530 Chelmsford Road<br>Hillsborough, CA 94010 | $ | 3,584,787.00 |
| Individual 2 | Edwin Vargas | 9067 Myron Street<br>Pico Rivera, CA 90660 | $ | 266,988.00 |
| Individual 3 | John Yang Moon | 6830 Arborwood Land<br>Sugar Land, TX 77479 | $ | 571,413.00 |
| Individual 4 | Daniel Cardona | 5255 Cameron Forest Pkwy<br>Alpharetta, GA 30022 | $ | 95,606.00 |
| Individual 5 | Corey Chimento | 1 New Basin Way<br>New Orleans, LA 70124 | $ | 131,290.00 |
| Individual 6 | Robert Glenn | 602 Dunwick Cove<br>Collierville, TN 38017 | $ | 60,010.00 |
| Individual 7 | Robert Lanoff | 7385 SW 166th Street<br>Palmetto Bay, FL 33157 | $ | 199,456.00 |
| Individual 8 | Arnold Farber | 5 S. 5th Street<br>Apt. 4706<br>Brooklyn, NY 11249 | $ | 199,116.00 |
| Individual 9 | Mark Etter | 338 Santa Lucia Drive<br>San Luis Obispo, CA 93405 | $ | 413,004.00 |
| Individual 10 | Robert Killian | 6410 Louisville Street<br>New Orleans, LA 70124 | $ | 19,573.00 |
| Individual 11 | Cynthia Taylor | 19654 N. Cross Trail<br>Strongville, OH 44136 | $ | 40,411.00 |
| Individual 12 | Riker Buddemeyer | 19654 Cross Trail North<br>Strongsville, OH 44136 | $ | 9,179.00 |
| Individual 13 | Gary (Igor) Kudevitsky | 5539 Sean Lane<br>Apt. 58<br>San Jose, CA 95123 | $ | 16,911.00 |
| Individual 14 | Abel Marte | 35 Hillside Avenue<br>Apt. 5C<br>New York, NY 10040 | $ | 32,302.00 |
| Individual 15 | Suveer Tatineni | 5328 Bamboo Lane<br>Naperville, IL 60564 | $ | 152,205.00 |

| | | | | |
|---|---|---|---|---|
| Individual 16 | Angel Rodriguez | 3820 Waldo Avenue Apt. F3 Bronx, New York 10463 | $ | 35,647.00 |
| Individual 17 | Manuel Louriero | 29 Apple Ridge Road Cumberland, RI 02864 | $ | 20,093.00 |
| Individual 18 | Yufei Li | 36 Woodcrest Drive Livingston, NJ 07039 | $ | 11,842.00 |
| Individual 19 | Julie Lazo | 4390 Bel Aire Drive La Canada, CA 91011 | $ | 195,768.00 |
| Individual 20 | David Hajel | 650 Clover Hill Road Somerset, PA 15501 | $ | 129,586.00 |
| Individual 21 | David Stangohr | 812 SW Springwater Lane Lee's Summit, MO 64081 | $ | 5,381.00 |
| Individual 22 | Mark LaRoche | 11 Marston Road Hampton Falls, NH 03844 | $ | 1,668,034.00 |
| Individual 23 | James Gutoskey | 6906 Mangrove Lane Fort Wayne, IN 46835 | $ | 57,800.00 |
| Individual 24 | Nick Castiglione | 14436 Corte Morea San Diego, CA 92129 | $ | 34,861.00 |
| Individual 25 | Jan Broughton | PO Box 769890 San Antonio, TX 78245 | $ | 207,874.00 |
| Individual 26 | Tilak Ramaprakash | 11802 Aurellio Lane Orlando, FL 32827 | $ | 7,094.00 |
| Individual 27 | Long Lam | 20216 Ingomar Street Winnetka, CA 91306 | $ | 17,135.00 |
| Individual 28 | Fatemeh Samani | 8404 Lime Creek Road Volente, Texas 78641 | $ | 97,217.00 |
| Individual 29 | Andrew Fadimilehin | 40 Robins Nest Lane Pottstown, PA 19465 | $ | 4,010.00 |
| Individual 30 | Suresh Bhaskaran | 2215 Curtis Avenue Apt. B Redondo Beach, CA 90278 | $ | 574,958.00 |
| Individual 31 | Jarrod Plunkett | 12 Hathaway Heights Road Anniston, AL 36207 | $ | 1,151,516.00 |
| | TOTAL Restitution Requested: | | $ | 13,418,275.00 |
| | TOTAL Restitution Ordered: | | | |

*If the Court orders restitution differently than as requested, clearly notate the differences.

15

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

**UNITED STATES OF AMERICA**

v.                           Case No. 3:23-cr-180-HES-SJH
                                   3:25-cr-70-HES-PDB

**NOAH MICHAEL URBAN**

_____

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that NOAH MICHAEL URBAN, Defendant above named, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Judgment in a Criminal Case entered in this action on August 25, 2025.

DATED this 8th day of September 2025.

                                                 A. FITZGEARLD HALL, ESQ.
                                                 ACTING FEDERAL DEFENDER

                                                 _/s/ Kathryn Sheldon, Esq._
                                                 Kathryn Sheldon, Esq.
                                                 Assistant Federal Defender
                                                 Fla Bar Number 1019538
                                                 200 West Forsyth Street, Ste 1240
                                                 Jacksonville FL 32202
                                                 Telephone: 904-232-3039
                                                 Facsimile: 904-232-1937
                                                 Kathryn_sheldon@fd.org

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing *Notice of Appeal* was served by electronic notification to John Cannizzaro, Assistant United States Attorney, on September 8, 2025.

/s/ *Kathryn Shelton, Esq.*
Kathryn Sheldon, Esq.
Assistant Federal Defender

17